**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MONTONIO M. ROBERTS                                                                                    PLAINTIFF

V.                                              4:09CV00076 BSM

J. MCMULLEN, Police Officer,
North Little Rock Police Department                                                                    DEFENDANT

## ORDER OF DISMISSAL

Plaintiff, who is now a freeworld citizen, has commenced this *pro se* § 1983 action alleging that Defendant violated his constitutional rights. *See* docket entries #2 and #3. On June 25, 2009, the Court entered an Order giving Plaintiff thirty days to file: (1) an Amended (freeworld) Application to Proceed *In Forma Pauperis*; and (2) a Statement indicating whether he wishes to continue with this lawsuit. *See* docket entry #8. Importantly, the Court advised Plaintiff that the failure to timely and properly do so would result in the dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).[1] *Id.* As of the date of this Order of Dismissal, Plaintiff has failed to comply with the Court's June 25, 2009 Order, and the time for doing so has expired.

IT IS THEREFORE ORDERED THAT:

1.      Pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE,

---

[1] Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. *If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.* Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added.)

due to Plaintiff's failure to timely and properly comply with the Court's June 25, 2009 Order.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order of Dismissal and the accompanying Judgment would not be taken in good faith.

Dated this 7th day of August, 2009.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE