**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


MONTONIO M. ROBERTS                                                                    PLAINTIFF

V.                                            4:09CV00076 BSM

J. MCMULLEN, Police Officer,
North Little Rock Police Department                                            DEFENDANT


## **JUDGMENT**

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED,

WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's

June 25, 2009 Order.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in*

*forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would

not be taken in good faith.

DATED this 7th day of August, 2009.




_____
UNITED STATES DISTRICT JUDGE